UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CLARENCE R. HULL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 2:20-CV-94-TAV-CRW |
| ) | |
| CORPORAL ROBERT GUIZZOTTI, ) | |
| NURSE JAMIE JOHNSON, and ) | |
| NURSE DOUGLAS CORNETT, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the memorandum opinion, filed contemporaneously with this order, defendants' motions for summary judgment [Docs. 123, 128] are **GRANTED**. This case is hereby **DISMISSED**, and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

LeAnna R. Wilson
CLERK OF COURT